JOHN V. CORBETT, PLAINTIFF IN ERROR, v. YOUNG MEN'S
CHRISTIAN ASSOCIATION OF MADISON, DEFENDANT
IN ERROR.

Submitted July 2, 1909—Decided November 8, 1909.

Judgments of the Common Pleas on appeal from small cause courts
are reviewable only by *certiorari* and not by writ of error.

On error to the Morris Common Pleas.

Before GUMMERE, CHIEF JUSTICE, and Justices GARRISON
and PARKER.

For the plaintiff in error, *Vreeland, King, Wilson & Linda-bury.*

For the defendant in error, *Willard W. Cutler.*

The opinion of the court was delivered by

PARKER, J.   This writ of error brings up a judgment of
the Morris County Common Pleas, rendered on appeal from
the judgment of a small cause court.

In *Trimmer* v. *Bonnell,* 36 *Vroom* 66, this court held that
while judgments of the Common Pleas in suits originally in-
stituted in that court are reviewable by writ of error, judg-
ments on appeal from a small cause court may be reviewed
only by writ of *certiorari.*   The statutes cited in the opinion
by Justice Van Syckel are still in force.   Section 66 of the
Justice's Court act of 1846 became section 95 of the revised act
of 1874 (*Rev., p. 556; Gen. Stat., p.* 1882), and is now sec-
tion 91 of the revised act of 1903 (*Pamph. L., p.* 278), while
section 4 of the Circuit Court act now appears as section 92
of the revised Small Cause Court act.

For the reasons given in Trimmer *v.* Bonnell, the writ of
error will be dismissed, with costs.